IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS J. GUGLIELMELLI,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 13-5764 |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 16th day of December, 2014, upon consideration of the "Motion for Summary Judgment of Defendant/[Counterclaim] Plaintiff State Farm Mutual Automobile Insurance Company" (Doc. No. 11) and "Plaintiff's Answer and Cross-Motion to Motion for Summary Judgment of Defendant, State Farm Fire and Casualty Company" (Doc. No. 12), the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

— As a matter of law, the sign-down form executed by Achmad Jayadi, a named insured, is valid and binding as to Plaintiff. Plaintiff is entitled to a total of $30,000 in underinsured motorist coverage from State Farm Mutual Automobile Insurance Company for the accident occurring on September 15, 2010. This total is comprised of coverage in the amount of $30,000.00 under Policy No. 80-1228-C11-38, and $0.00 under Policy No. 1533921.

— As Defendants have already provided Plaintiff with $30,000.00 in underinsured motorist benefits under Policy No. 80-1228-C11-38, Defendant's motion for summary judgment is **GRANTED**, and Plaintiff's motion for summary judgment is **DENIED**.

1

— Judgment is entered in favor of Defendant and against Plaintiff on Defendant's counterclaim for declaratory judgment and Plaintiff's claim for bad faith.

— The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**Mitchell S. Goldberg, J.**